UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO.: 10-31689-KKS
                                          CHAPTER 13
SARAH J. GAITHER

        Debtor         /

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you OBJECT to the relief requested in this paper, you must file your OBJECTION with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh D. Hart, at P. O. Box 646, Tallahassee, FL 32302.

If you file and serve an OBJECTION within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an OBJECTION within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the pleading, and will proceed to consider the pleading without further notice or hearing, and may grant the relief requested.

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on August 12, 2010.

2. The Debtor(s) has failed to provide a copy of the 2014 United States Income Tax Return, and any applicable refund, to the Chapter 13 Trustee. The Trustee has been provided a copy of a application for extension; however, this case was scheduled to close on September 11, 2015.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

SARAH J. GAITHER
408 JILLIAN DRIVE
CRESTVIEW, FL 32536

AND

STEPHEN J. RYAN, ATTY.
RISEN & RYAN, P.A.
436 GREEN ACRES ROAD
FT. WALTON BEACH, FL 32547

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

September 11, 2015