IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE                                                    Case No. 10-31689-KKS
                                                         Chapter 13

SARAH J. GAITHER

Debtors (s)
_____

**NOTICE OF WITHDRAWAL OF SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-2CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2CB MOTION FOR RELIEF FROM STAY ( D.E.# 104)**

        COMES NOW Secured Creditor Shellpoint Mortgage Servicing as servicer for The Bank Of New York Mellon Fka The Bank Of New York As Trustee For The Certificateholders Of Cwalt, Inc., Alternative Loan Trust 2007-2cb, Mortgage Pass-Through Certificates, Series 2007-2cb, by and through its undersigned attorney, hereby withdraws its Motion for Relief (D.E. #104) filed on 6/9/2015.

        I HEREBY CERTIFY that on this 15th day of September, 2015 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

                                        /s/ Jason Silver
                                        Jason Silver, Esq.
                                        Florida Bar No. 92547
                                        Trade Centre South, Suite 700
                                        100 West Cypress Creek Road
                                        Fort Lauderdale, FL 33309
                                        Tel: (954)491-1120
                                        Fax: (954)343-6982
                                        Email: Jason.silver@gmlaw.com

**Mailing List for Case No.: 10-31689-KKS**

**Sarah J. Gaither**
408 Jillian Drive
Crestview, FL 32536

*Trustee*
**Leigh D. Hart**
P.O. Box 646
Tallahassee, FL 32302

*U.S. Trustee*
**United States Trustee**
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

**Stephen Joseph Ryan**
Risen & Ryan, P.A.
436 Green Acres Road
Ft. Walton Beach, FL 32547