UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 10-31689-KKS
                                          CHAPTER 13
SARAH J. GAITHER

            Debtor.
_____

**CHAPTER 13 TRUSTEE'S NOTICE OF FILING
INTENTION TO CLOSE CASE WITH PROPOSED
<u>PRELIMINARY FINAL REPORT AND ACCOUNT</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Intention to Close Case with Proposed Preliminary Final Report and Account, and states:

1. The Debtor(s) filed the Petition for Chapter 13 bankruptcy relief on Thursday, August 12, 2010.

2. Although the Debtor(s) may not have completed all Plan payments due under the confirmed Plan base, there are funds sufficient to pay the claims in the confirmed Plan and the filed Proofs of Claim. If there are currently funds on hand, there may be a final disbursement which increases the sums by a nominal amount.

3. A copy of the Trustee's Preliminary Final Report summarizing the Trustee's receipts and disbursements is attached hereto.

**NOTICE IS HEREBY GIVEN** that any objection to the proposed Preliminary Final Report or closing of this case be filed with the Clerk of the United States Bankruptcy Court, 110 East Park Avenue, Suite 100, Tallahassee, Florida 32301 within twenty-one (21) days of the date of the mailing of this Notice, and a copy of the same shall be served on the Trustee. The objection shall state the reason for the objection. If no objection is filed, the Trustee will file the Preliminary Final Report and subsequently the Final Report and request the Court to enter an Order closing the case and discharging the Debtor(s).

**RESPECTFULLY SUBMITTED.**

/s/ Leigh D. Hart or
/s/ William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to the creditors listed on the attached mailing matrix on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

```
                        IN THE UNITED STATES BANKRUPTCY COURT
                           NORTHERN DISTRICT OF FLORIDA
                                PENSACOLA DIVISION
IN RE:                                                          CASE No.
                                                                10-31689-KKS
      SARAH J. GAITHER
      408 JILLIAN DRIVE
      CRESTVIEW, FL 32536


                        PRELIMINARY FINAL REPORT AND ACCOUNT

                                                           SS#1 - XXX-XX-4991


This Case was commenced on    This Plan was confirmed on    This Case was concluded on
08/12/2010                    03/07/2011                    09/11/2015

ABOUT TO COMPLETE
     Your trustee has maintained a detailed record of all receipts, including the source
or other identification of each receipt and of all disbursements.  Copies of these
detailed records are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by and for the Debtor for the benefit of
    creditors, and including a debtor refund.                         $35,001.00
```

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| AAFES/MIL STAR/EXCHANGE | U | 6,323.47 | 729.41 | 0.00 | 5,594.06 |
| AMERICAN EXPRESS CENTURIO | U | 2,137.80 | 246.58 | 0.00 | 1,891.22 |
| BANK OF NEW YORK AS TRUSE | M | 16,834.61 | 16,834.61 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE | U | 10,197.96 | 1,176.35 | 0.00 | 9,021.61 |
| CENTRAL CREDIT UNION OF F | O | 0.00 | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING, LLC | U | 4,097.23 | 472.61 | 0.00 | 3,624.62 |
| ECAST SETTLEMENT CORPORAT | U | 3,503.09 | 404.07 | 0.00 | 3,099.02 |
| EGLIN FEDERAL CREDIT UNIO | U | 10,116.96 | 1,167.00 | 0.00 | 8,949.96 |
| INTERNAL REVENUE SERVICE | P | 3,417.46 | 3,417.46 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | U | 234.64 | 15.58 | 0.00 | 219.06 |
| MIDLAND CREDIT MANAGEMENT | U | 9,671.58 | 1,115.60 | 0.00 | 8,555.98 |
| MIDLAND FUNDING LLC | U | 10,443.04 | 1,204.61 | 0.00 | 9,238.43 |
| PRA RECEIVABLES MANAGEMEN | U | 355.24 | 35.19 | 0.00 | 320.05 |
| SARAH J. GAITHER | | 0.00 | 0.00 | 0.00 | 0.00 |
| STEPHEN J. RYAN, ATTY. | A | 250.00 | 250.00 | 0.00 | 0.00 |
| STEPHEN J. RYAN, ATTY. | A | 250.00 | 250.00 | 0.00 | 0.00 |
| STEPHEN J. RYAN, ATTY. | A | 250.00 | 250.00 | 0.00 | 0.00 |
| STEPHEN J. RYAN, ATTY. | A | 250.00 | 0.00 | 0.00 | 250.00 |
| STEPHEN JOSEPH RYAN | O | 0.00 | 0.00 | 0.00 | 0.00 |
| SUNTRUST BANK | M | 6.43 | 6.43 | 0.00 | 0.00 |
| VANDA, LLC | U | 9,468.56 | 1,092.20 | 0.00 | 8,376.36 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|              | SECURED   | PRIORITY | GENERAL   | DEB. REF | TOTAL     |
|--------------|-----------|----------|-----------|----------|-----------|
| AMT. ALLOWED | 16,841.04 | 4,417.46 | 66,549.57 | 0.00     | 87,808.07 |
| PRIN. PAID   | 16,841.04 | 4,167.46 | 7,659.20  | 0.00     | 28,667.70 |
| DIRECT PAY   | 0.00      | 0.00     | 0.00      |          |           |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
    DEBTOR'S ATTORNEY                      FEE ALLOWED       FEE PAID
    STEPHEN J. RYAN, ATTY.                   2,300.00        2,300.00

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL    |
|----------------|------------------|-----------------|----------|
| 0.00           | 0.00             | 2,858.03        | 2,858.03 |

The Debtor(s) has made all payments as required under the Plan.

Dated:  On the same date as reflected on the           /s/ Leigh D. Hart or
        Court's Docket as the electronic filing         /s/ William J. Miller, Jr.
        date for this document.                         OFFICE OF THE CHAPTER 13 TRUSTEE
CR_183

# Mailing Information for Case 10-31689-KKS

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Leigh D. Hart**    ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
- **Leigh D. Hart**    ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
- **Stephen Joseph Ryan**    sryanlaw@cox.net
- **Matthew H. Scott**    mhs@trippscott.com, bankruptcy@trippscott.com
- **Jason David Silver**    jason.silver@gmlaw.com, bankruptcy@gmlaw.com
- **United States Trustee**    USTPRegion21.TL.ECF@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**B-Line, LLC**
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221

**Bac Home Loan Servicing LP**
7105 Corporate Drive
Plano, TX 75024

**Capital One, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**Cavalry Portfolio Services**
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

**East Bay Funding, LLC**
c/o Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29603

**HSBC Bank Nevada, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**Midland Funding LLC by American InfoSource LP as agent**
PO Box 4457
Houston, TX 77210-4457

**Roundup Funding LLC**
MS 550

PO BOX 91121
Seattle, WA 98111-9221

**SunTrust Bank**
ATTN: Support Services
P.O. Box 85092
Richmond, VA 23286

**The Bank of New York Mellon**
,

**The Bank of New York Mellon, et. al.**
Roy A. Diaz
P.O. Box 11438
Ft. Lauderdale, FL 33339-1438

**Vanda, LLC**
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

**eCAST Settlement Corporation**
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 10-31689-KKS<br>Northern District of Florida<br>Pensacola<br>Fri Sep 25 15:36:37 EDT 2015 | B-Line, LLC<br>P.O. Box 91121<br>Dept. 550<br>Seattle, WA 98111-9221 | BANK OF AMERICA, N.A.<br>2380 Performance Drive<br>Richardson, TX 75082-4333 |
| Bac Home Loan Servicing LP<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | Bank of New York as trustee for CWALT 2007-2<br>PO Box 10826<br>Greenville, SC 29603-0826 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Cavalry Portfolio Services<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-2322 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Sarah J. Gaither<br>408 Jillian Drive<br>Crestview, FL 32536-9299 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Roundup Funding LLC<br>MS 550<br>PO BOX 91121<br>Seattle, WA 98111-9221 | Shellpoint Mortgage Servicing as servicer fo<br>Greenspoon Marder, P.A.<br>c/o Barry Turner, Esq.<br>Trade Centre South, Suite 700<br>100 Cypress Creek Road<br>Fort Lauderdale, FL 33309-2181 |
| SunTrust Bank<br>ATTN: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>c/o Matthew H. Scott<br>111 SE 6th Street<br>Suite 1500<br>Fort Lauderdale, FL 33301 | The Bank of New York Mellon<br>Tripp Scott, P.A.<br>C/O Matthew H. Scott<br>110 SE 6th Street<br>15th Floor<br>Fort Lauderdale, FL 33301-5004 |
| The Bank of New York Mellon, et. al.<br>Roy A. Diaz<br>P.O. Box 11438<br>Ft. Lauderdale, FL 33339-1438 | U.S. Attorney (Pensacola Office)<br>21 E. Garden Street #400<br>Pensacola, FL 32502-5675 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 |
| (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>TUCSON, AZ 85712-1083 |
| *The Bank of New York Mellon<br>c/o Matthew H. Scott, Esq.<br>TRIPP SCOTT, PA<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Air Tran Airways Visa<br>c/o Creditors Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225-1470 |
| American Express<br>P.O. box 650448<br>Dallas, TX 75265-0448 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | BAC Home Loan Servicing, LP<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 |

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Bank of America<br>P.O. Box 650070<br>Dallas, TX 75265-0070 | Bank of New York as trustee for CWALT 2007-2<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| Belk<br>P.O. Box 960012<br>Orlando, FL 32896-0012 | Best Buy / HSBC Retail Services<br>P.O. Box 5244<br>Carol Stream, IL 60197-5244 | CACH, LLC<br>4340 S. Monaco Street<br>Denver, CO 80237-3408 |
| CANDICA, L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Calvary Portfolio Services<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-2322 |
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Central Credit Union of Florida<br>P O Box 17048<br>Pensacola, FL 32522-7048 |
| Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington DE 19850-5145 | Chase Credit Card<br>P.O. Box 15298<br>Wilmington, DE 19886-5153 | Collect Amer<br>4340 S. Monaco Street<br>Denver, CO 80237-3485 |
| Eglin Federal Credit Union<br>838 Eglin Pkwy, NE<br>Fort Walton Beach, FL 32547-2781 | FIA Card Services<br>P.O. Box 15137<br>Wilmington, DE 19850-5137 | First Source<br>205 Bryant Woods S.<br>Buffalo, NY 14228-3609 |
| HSBC Bank Nevada, NA<br>Bass & Asociates, PC<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 | Home Depot<br>Citicorp Credit Services<br>P.O. Box 3136<br>Milwaukee, WI 53201-3136 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Leading Edge<br>8550 W. Bryn Mawr Avenue<br>Chicago, IL 60631-3222 | Midland Credit Management<br>8875 AERO Drive<br>San Diego, CA 92123-2255 | Midland Credit Management Inc<br>8875 Aero Drive Ste 200<br>San Diego CA 92123-2255 |
| Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541-0914 | Sams Discover Card / GE Money Bank<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |
| Sear Gold Mastercard / Citi Cards<br>P.O. Box 45129<br>Jacksonville, FL 32232-5129 | Shellpoint Mortgage Svc.<br>c/o Jason D. Silver, Esq.<br>Trade Centre South, Ste. 700<br>100 W. Cypress Creek Rd.<br>Fort Lauderdale, FL 33309-2181 | Suntrust Bank<br>P.O. Box 791274<br>Baltimore, MD 21279-1274 |

| | | |
|---|---|---|
| The Bank of New York Mellon<br>475 Cross Point Pkwy<br>Getzville, NY 14068-1609 | The Bank of New York Mellon<br>c/o Matthew H. Scott, Esq.<br>110 SE 6th St., 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Zakheim & Associates<br>1045 South University Drive, Ste. 202<br>Fort Lauderdale, FL 33324-3333 |
| c/o<br>Ablitt<br>Scofield, P.C.<br>The Blackstone Building<br>100 South Dixie Highway, Suite 200<br>West Palm Beach, FL 33401-5421 | United States Trustee +<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Leigh D. Hart +<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 |
| Stephen Joseph Ryan +<br>Risen & Ryan, P.A.<br>436 Green Acres Road<br>Ft. Walton Beach, FL 32547-1167 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Matthew H. Scott +<br>Tripp Scott, PA<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Jason David Silver +<br>Greenspoon Marder, P.A.<br>100 West Cypress Creek Rd<br>Suite 700<br>Ft. Lauderdale, FL 33309-2195 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | AAFES-Military Star<br>P.O. Box 78731<br>Phoenix, AZ 85062-8731 | (d)AAFES/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 |
| Internal Revenue Services<br>Department of Treasury<br>Austin, TX 73301-0030 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Bank of New York Mellon | (d)Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | (d)Central Credit Union of Florida<br>P.O. Box 17048<br>Pensacola, FL 32522-7048 |
| (u)Collectcorp<br>455 North 3rd Street<br>AZ 85504 | (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (d)Eglin Federal Credit Union<br>838 Eglin Parkway NE<br>Fort Walton Beach, FL 32547-2781 |

```
(d)Suntrust Bank                    (u)The Bank of New York Mellon     (d)Vanda, LLC
Attn. Support Services              c/o Spencer Gollahon, Esq,         c/o Weinstein & Riley, P.S.
P.O. Box 85092                         WITHDRAWN 12/31/2013            2001 Western Ave., Ste. 400
Richmond, Va 23286-0001                                                Seattle, WA 98121-3132


(d)eCAST Settlement Corporation     (d)Leigh D. Hart +                 End of Label Matrix
c/o Bass & Associates, P.C.         P.O. Box 646                       Mailable recipients    70
3936 E Ft. Lowell, Suite 200        Tallahassee, FL 32302-0646         Bypassed recipients    11
Tucson, AZ 85712-1083                                                  Total                  81
```

| | | |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>PAMELA C. MARSH<br>UNITED STATES ATTORNEY<br>111 N. ADAMS STREET, 4TH FLOOR<br>TALLAHASSEE, FL 32301 | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. ATTORNEY<br>KRISTEN A. FIORE,<br>ASSISTANT UNITED STATES ATTORNEY<br>21 EAST GARDEN ST., SUITE 400<br>PENSACOLA, FL 32502 | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. ATTORNEY<br>KAREN K. WONG,<br>ASSISTANT UNITED STATES ATTORNEY<br>21 EAST GARDEN ST., SUITE 400<br>PENSACOLA, FL 32502 |
| U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE., N.W.<br>WASHINGTON, D.C. 20530 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>J. FITZPATRICK<br>BANKRUPTCY SPECIALIST<br>400 W. BAY ST., M/S 5720<br>JACKSONVILLE, FL 32202 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>BANKRUPTCY SPECIALIST<br>400 W. BAY ST., M/S 5730<br>JACKSONVILLE, FL 32202 |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7346 | U.S. DEPARTMENT OF THE TREASURY<br>JACOB J. LEW<br>SECRETARY OF THE TREASURY<br>1500 PENNSYLVANIA AVE., N.W.<br>WASHINGTON, D.C. 20220 |
| THE DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVE., N.W.<br>WASHINGTON, D.C. 20220 | | |